AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF ____DELAWARE____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

_William E. Wilson_

CASE NUMBER: _07-93m (MPT)_

The defendant is charged with a violation of __18__ U.S.C. __2422 / 2252__ alleged to have been committed in the __Eastern__ District of __Virginia__.

Brief Description of Charge(s):

_Knowingly persuade or induce a minor (under 18 yrs old) to engage in sexual activity._

FILED
MAY 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_The court ordered defendant to be temporarily detained for transfer to the Eastern District of Virginia. Defendant waived his right to a detention hearing in that district, which was granted._

_5/3/07_
Date                                          Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |